**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | |
| McCree Davis | : | Case No.: 19-35555 |
| | : | Chapter 13 |
| **Debtor.** | : | Judge Janet S. Baer |
| | : | * * * * * * * * * * * * * * * * * * * * * |
| | : | |

**NOTICE OF MOTION**

TO: See attached list.

    PLEASE TAKE NOTICE that on November 6, 2020, at 09:30 a.m., I will appear before the Honorable Judge Janet S. Baer, or any judge sitting in that judge's place, and present a Motion for Relief from Stay, a copy of which is attached.

    **This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

    **To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

    **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

    **Meeting ID and password.** The meeting ID for this hearing is 160731 2971 and the password is 587656. The meeting ID and password can also be found on the judge's page on the court's web site.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

    JPMorgan Chase Bank, N.A.

By: /s/ Sarah E. Barngrover
    Sarah E. Barngrover
    Manley Deas Kochalski LLC
    P.O. Box 165028

20-001476_BEW1

Columbus OH  43216-5028
Contact email is ummalik@manleydeas.com

20-001476_BEW1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached motion upon the parties listed below, by causing same to be mailed in a properly addressed envelope, postage prepaid, on the below listed date, unless a copy was provided electronically by the Clerk of the Court.

Date  October 13, 2020                                    /s/ Sarah E. Barngrover
                                                          Signature

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Glenn B Stearns, 801 Warrenville Road Suite 650, Lisle, IL  60532, mcguckin_m@lislel3.com

David M Siegel, Attorney for McCree Davis, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL  60090, davidsiegelbk@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on October 13, 2020:

McCree Davis, 435 Washington St, Elgin, IL  60123

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | : |
| | : |
| McCree Davis | : Case No.: 19-35555 |
| | : Chapter 13 |
| Debtor. | : Judge Janet S. Baer |
| | : * * * * * * * * * * * * * * * * * * * * * |
| | : |

**MOTION OF JPMORGAN CHASE BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY REGARDING THE PERSONAL PROPERTY KNOWN AS 2015 DODGE RAM 1500 CREW CAB SPORT 4WD, VIN#1C6RR7MT7FS757850**

JPMorgan Chase Bank, N.A. (the "Creditor"), by and through the undersigned counsel, files this Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362 and other sections of Title 11 of the United States Code, and under Federal Rules of Bankruptcy Procedure 4001 and 6007 for an order conditioning, modifying, annulling, or dissolving the automatic stay, averring as follows.

**MEMORANDUM IN SUPPORT**

1. The Court has jurisdiction over this matter under 28 U.S.C §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). The venue of this case and this Motion is proper under 28 U.S.C. §§ 1408 and 1409.

2. On or about February 18, 2019, McCree Davis (the "Debtor") obtained a loan from JP Morgan Chase Bank NA in the amount of $33,928.81 for the purchase of a 2015 Dodge Ram 1500 Crew Cab Sport 4WD, VIN#1C6RR7MT7FS757850 ("Collateral"). Debtor agreed to make periodic payments to JP Morgan Chase Bank NA. Such loan was evidenced by a Retail Installment Contract - Motor Vehicle - Simple Interest, a copy of which is attached hereto as Exhibit A (the "Contract").

20-001476_BEW1

3. To secure payment of the Contract, Creditor or Creditor's predecessor-in-interest properly perfected its security interest in the Collateral by delivering the existing Certificate of Title of a Vehicle or the application for a Certificate of Title of a Vehicle containing the name and address of the lienholder and the required fee to the Illinois Secretary of State pursuant to 625 ILCS 5/3-202. A copy of the Certificate of Title of a Vehicle is attached hereto as Exhibit B (the "Title").

4. Creditor believes the value of the Collateral to be $29,600.00, based upon the 2020 NADA Used Cars/Trucks value guide, a copy of which is attached hereto as Exhibit C.

5. On December 18, 2019, Debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code ("Petition").

6. Debtor has failed to make full post-petition payments in the amount of $661.55 for the past 3 months as of September 14, 2020 and is in default in the amount of $1,984.65.

7. Per the confirmed Chapter 13 Plan, the Debtor was to pay monthly post-petition payments directly to Creditor.

8. As of September 14, 2020, there is currently due and owing on the Contract the outstanding principal balance of $29,556.30, plus interest accruing thereon at the rate of 11.9000000% per annum.

9. Creditor seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d) to proceed under applicable nonbankruptcy law to enforce its remedies to repossess and sell the Collateral.

10. Creditor is entitled to relief from the automatic stay for the following reason(s):

    a. Creditor lacks adequate protection of its secured interest in the Collateral pursuant to 11 USC § 362(d)(1) as a result of Debtor's failure to make payments when due.

20-001476_BEW1

    b. Debtor has no equity in the Collateral, and the Debtor does not need the Collateral for an effective reorganization pursuant to 11 USC § 362(d)(2). Creditor believes the value of the Collateral to be $29,600.00. The secured total is $30,353.92. This consists of a principal balance of $29,556.30, dealer reserve interest at $45.75, and interest at $751.87. This, combined with the Debtor's claimed exemption of $2,400.00, there are liens in the amount of $32,753.92. Based upon the lack of equity in the Collateral, Creditor asserts that the Collateral is burdensome and/or of inconsequential value and benefit to the estate.

WHEREFORE, JPMorgan Chase Bank, N.A. respectfully requests this Honorable Court to enter an order terminating the Automatic stay as it affects the interests of JPMorgan Chase Bank, N.A. in the Collateral, and granting such other relief as this Honorable Court may deem just.

Respectfully submitted,

/s/ Sarah E. Barngrover

Umair M. Malik (6304888)
Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Umair M. Malik.
Contact email is ummalik@manleydeas.com

20-001476_BEW1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion of JPMorgan Chase Bank, N.A. for Relief from the Automatic Stay regarding the Personal Property known as 2015 Dodge Ram 1500 Crew Cab Sport 4WD, VIN#1C6RR7MT7FS757850 was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Glenn B Stearns, 801 Warrenville Road Suite 650, Lisle, IL  60532, mcguckin_m@lislel3.com

David M Siegel, Attorney for McCree Davis, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL  60090, davidsiegelbk@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on October 13, 2020:

McCree Davis, 435 Washington St, Elgin, IL  60123

/s/ Sarah E. Barngrover

20-001476_BEW1