# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) <u>McCree Davis</u>        Case No. <u>19-35555</u> Chapter <u>13</u>

All Cases: Moving Creditor <u>JPMorgan Chase Bank, N.A.</u>  Date Case Filed <u>December 18, 2019</u>

Nature of Relief Sought ☒ Lift Stay ☐ Annul Stay ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____N/A_____ or Date Plan Confirmed <u>03/13/2020</u>

Chapter 7:   ☐ No-Asset Report filed on _____
             ☐ No-Asset Report not filed. Date of Creditor's Meeting: _____

1. Collateral
    a. ☐ Home
    b. ☒ Car <u>2015 Dodge Ram 1500 Crew Cab Sport 4WD, VIN#1C6RR7MT7FS757850</u>
    c. ☐ Other (describe)
2. Balance Owed as of September 14, 2020: $<u>30,353.92</u>
   Total of all other Liens against Collateral: $<u>0.00</u>

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the Debtor(s) post-petition:

4. Estimated Value of Collateral (must be supplied in all cases) $<u>29,600.00</u>, 2020 NADA value guide.

5. Default
    a. ☐ Pre-Petition Default
       Number of months <u>0</u>    Amount $<u>0.00</u>

    b. ☒ Post-Petition Default
       i. ☒ On direct payments to the moving creditor
          Number of months <u>3</u>    Amount $<u>1,984.65</u>

       ii. ☐ On payments to the Standing Chapter 13 Trustee
           Number of months _____    Amount $_____

6. Other Allegations
    a. ☒ Lack of Adequate Protection 11 U.S.C. §362(d)(1)
       i.   ☐   No insurance
       ii.  ☐ Taxes unpaid          Amount $_____
       iii. ☐ Rapidly depreciating asset
       iv.  ☐ Other _____

    b. ☒ No Equity and Not Necessary for an Effective Reorganization 11 U.S.C. §362(d)(2)

    c. ☐ Other "Cause" 11 U.S.C. §362(d)(1)
       i.   ☐ Bad Faith (describe) _____
       ii.  ☐ Multiple filings
       iii. ☐ Other (describe) _____

    d. Debtor's Statement of Intention regarding the Collateral

       i. ☐ Reaffirm  ii. ☒ Redeem  iii. ☐ Surrender  iv. ☐ No Statement of Intention Filed

20-001476_BEW1

Date: October 13, 2020

Respectfully submitted,

/s/ Sarah E. Barngrover

Umair M. Malik (6304888)
Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Umair M. Malik.
Contact email is ummalik@manleydeas.com

(Rev. 12/21/09)

20-001476_BEW1