UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>McCree Davis<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   19-35555<br><br>Chapter: 13<br>Honorable Janet S. Baer |

### ORDER DISMISSING CASE FOR FAILURE TO MAKE PLAN PAYMENTS

This matter coming before the Court on the Trustee's Motion to Dismiss, due notice having been given, and the Court having heard the facts presented;

IT IS THEREFORE ORDERED that this case is dismissed on the Trustee's motion for material default by the Debtor with respect to a term of a confirmed plan pursuant to § 1307(c)(6).

Enter:

*Janet S. Baer* (signature)

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  November 06, 2020

**Prepared by:**

Glenn Stearns Chapter 13 Trustee

801 Warrenville Road, Suite 650

Lisle, IL 60532-4350

(630-981-3888)